# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3089**                                            **September Term, 2025**

**1:22-cr-00015-APM-3**
**1:22-cr-00015-APM-2**
**1:22-cr-00015-APM-4**
**1:22-cr-00015-APM-1**

**Filed On: April 13, 2026** [2168402]

United States of America,

        Appellee

     v.

Kenneth Harrelson,

        Appellant

------------------------------
Consolidated with 23-3090, 23-3097,
23-3098

## O R D E R

Upon consideration of the motion for additional word limit for appellants' opening brief, the response thereto, and the reply, it is

**ORDERED** that the motion be dismissed as moot. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Appellants' Joint Opening Brief | April 17, 2026 |
| Appendix | April 17, 2026 |
| Appellee's Brief | October 16, 2026 |
| Appellants' Joint Reply Brief | January 15, 2027 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
     Katy M. Bartelma
     Deputy Clerk