# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-3089**　　　　　　　　　　　　　**September Term, 2025**

**1:22-cr-00015-APM-1**
**1:22-cr-00015-APM-2**
**1:22-cr-00015-APM-3**
**1:22-cr-00015-APM-4**

**Filed On:** May 21, 2026

United States of America,

　　　　　Appellee

　　v.

Kenneth Harrelson,

　　　　　Appellant

-----------------------------

Consolidated with 23-3090, 23-3097, 23-3098

**BEFORE:**　　Walker, Childs, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the unopposed motion to vacate and remand and the response thereto; the motion to participate as amicus curiae and the lodged amicus brief; and the motion to strike the amicus motion and brief, it is

**ORDERED** that the motion to strike be denied. See Stabilisierungsfonds für Wein v. Kaiser Stuhl Wine Distribs. Pty. Ltd., 647 F.2d 200, 201 (D.C. Cir. 1981) (per curiam). It is

**FURTHER ORDERED** that the motion to participate as amicus curiae be granted. The Clerk is directed to file the lodged amicus brief. It is

**FURTHER ORDERED** that the judgments of the district court be vacated and the cases be remanded to the district court for consideration of the government's forthcoming motion to dismiss the indictment. In light of the government's stated intention to file such a motion, the court concludes that vacatur and remand is "just under the circumstances." 28 U.S.C. § 2106.

# United States Court of Appeals

_____

## No. 23-3089

## September Term, 2025

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate forthwith to the district court.

## Per Curiam

FOR THE COURT:
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk